November 26, 1980.

429 A.2d 747

Commonwealth v. Eberts, Jr., Appellant.

Submitted November 8, 1976.  Simon B. John, Assistant Public Defender, for appellant;  Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.